DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAFAEL PEREZ-GALAVIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:10-cr-00029 LJO |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING ; |
| v. | ) ) | ORDER |
| RAFAEL PEREZ-GALAVIZ aka Rafael Perez, | ) ) ) | Date: November 5, 2010 Time: 9:00 A.M. Judge: Hon. Lawrence J. O'Neill |
| Defendant. | ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now set for October 8, 2010, **may be continued to November 5, 2010, at 9:00 a.m.**

This continuance is requested because defense counsel will be out-of-state and unavailable for court from October 8 through October 18, 2010. Further, it is anticipated that Mr. Perez-Galaviz will enter a plea and be sentenced on November 5, 2010. Assistant United States Attorney Susan Phan does not object to this request. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

              BENJAMIN B. WAGNER
              United States Attorney

DATED: October 1, 2010      /s/ Susan Phan
              SUSAN PHAN
              Assistant United States Attorney
              Attorney for Plaintiff

              DANIEL J. BRODERICK
              Federal Defender

DATED: October 1, 2010      /s/ Melody M. Walcott
              MELODY M. WALCOTT
              Assistant Federal Defender
              Attorney for Defendant
              RAFAEL PEREZ-GALAVIZ

**O R D E R**

Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated: October 4, 2010**      /s/ Lawrence J. O'Neill
              UNITED STATES DISTRICT JUDGE